UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Charlene Broker,                                                     Civil No. 04-1664 (DWF/JGL)

          Plaintiff,

v.                                                                                 **ORDER**

Jo Anne B. Barnhart,
Commissioner of Social Security,

          Defendant.

_____

Steven M. Bradt, Esq., Cuzzo Bradt & Envall, counsel for Plaintiff.

Lonnie F. Bryan, Esq., Assistant United States Attorney, United States Attorney's Office, counsel for Defendant.

_____

Based upon the Report and Recommendation by Chief United States Magistrate Judge Jonathan Lebedoff dated August 5, 2005; all the files, records and proceedings herein; and no objections having been filed to that Report and Recommendation;

    **IT IS HEREBY ORDERED**:

    1.    Plaintiff's Motion for Summary Judgment (Doc. No. 13) is **DENIED**; and

    2.    Defendant's Motion for Summary Judgment (Doc. No. 21) is **GRANTED**.

Dated: August 26, 2005                  s/Donovan W. Frank
                                        DONOVAN W. FRANK
                                        Judge of United States District Court